**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/12/2023

CORREA,

                        Plaintiff,

                -against-

CARNAHAN,

                        Defendant.

**22-cv-10213 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

As discussed in today's conference, the parties have agreed to participate in the Court's Mediation Program. *See* Mediation Referral Order, ECF No. 6. Plaintiff, Mr. Correa, will be directly contacted by pro bono counsel following the July 4th holiday. Once the pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, the Court's Mediation Program will assign a mediator to this matter. The assigned mediator will then schedule the mediation. Local Civil Rule 83.9 and the Mediation Program Procedures shall govern the mediation. Pro bono counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

The parties are hereby **ORDERED** to file a joint status report on **August 14, 2023** advising the Court of the current status of this matter.

**SO ORDERED.**

**Dated:    June 12, 2023**
          **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**