UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLIN SCOTT KANA'I CORREA,<br><br>       Plaintiff,<br>-against-<br><br>ROBIN CARNAHAN, ADMINISTRATOR, U.S. GENERAL SERVICES ADMINISTRATION<br><br>       Defendant. | 22-cv-10213 (ALC) |
| COLIN S.K. CORREA,<br><br>       Plaintiff,<br>-against-<br><br>ROBIN CARNAHAN, ADMINISTRATOR, U.S. GENERAL SERVICES ADMINISTRATION | 23-cv-04968 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The cases *Colin Scott Kana'i Correa v. Robin Carnahan, Administrator, U.S. General Services Administration*, No. 22-cv-10213 (S.D.N.Y.) ("*Correa I*") and *Colin S.K. Correa v. Robin Carnahan, Administrator, U.S. General Services Administration*, No. 23-cv-04968 (S.D.N.Y.) ("*Correa II*") are currently before the Court.  Plaintiff submitted responses on March 28, 2025 to the Court's order to show cause as to why the cases should not be dismissed on the ground that Plaintiff misrepresented their assets to avoid prepayment of filing fees.  *See Correa I*, ECF No. 31; *Correa II*, ECF No. 41.

  Defendant is **ORDERED** to respond to Plaintiff's March 28, 2025 submissions on April 25, 2025.  Defendant should file its response in both dockets.

**SO ORDERED.**
**Dated: April 15, 2025**
   New York, New York

                   _____
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**