**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COLIN SCOTT KANA'I CORREA,**<br><br>                              **Plaintiff,**<br>        **-against-**<br><br>**ROBIN CARNAHAN, ADMINISTRATOR,**<br>**U.S. GENERAL SERVICES**<br>**ADMINISTRATION**<br><br>                              **Defendant.** | **22-cv-10213 (ALC)** |
| **COLIN S.K. CORREA,**<br><br>                              **Plaintiff,**<br>        **-against-**<br><br>**ROBIN CARNAHAN, ADMINISTRATOR,**<br>**U.S. GENERAL SERVICES**<br>**ADMINISTRATION**<br><br>                              **Defendant.** | **23-cv-4968 (ALC)**<br><br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff had until April 16, 2026 to file an amended complaint. Because he failed to do

so, the Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated: April 28, 2026**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1